```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
GRACIELA DONCOUSE,

                Plaintiff,

-against-

SMCP USA, INC d/b/a MAJE,
SPRING STREET STUDIO INC. AND,
HERBERT H. WELLS, III,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/6/2022
```

22 Civ. 823 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On March 31, 2022, the Court ordered the parties to submit their joint letter and proposed case management plan by May 2, 2022. ECF No. 24. That submission is now overdue. Accordingly, by **May 12, 2022**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: May 6, 2022
       New York, New York

                                                    ANALISA TORRES
                                             United States District Judge